#3129317    RAT\sc    7/30/2015                                                2015S-0069

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| MARK MENDELSON, | |
| Plaintiff, | |
| v. | No.    15 cv 4580 |
| ALLSTON TRADING, LLC and JOHN DOES NOS. 1 - 10, | |
| Defendants. | |

### NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), the Plaintiff, MARK MENDELSON, by his undersigned attorneys, hereby dismisses without prejudice the above-styled action against all defendants.

Respectfully,

/s/ René A. Torrado, Jr.
René A. Torrado, Jr.

René A. Torrado, Jr.
Corboy & Demetrio, P.C.
Attorney for Plaintiff
33 North Dearborn Street, 21st Floor
Chicago, Illinois  60602
(312) 346-3191
Firm I.D. No. 3129317